UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   
    Nicole Cox

        Debtor(s)

Case No. 12 B 13961

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/05/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 08/15/2012.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$0.00** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A Car Shop | Unsecured | 1,269.30 | NA | NA | 0.00 | 0.00 |
| A/R Concepts Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Abacus Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Accounts Receivable Management | Unsecured | 466.34 | NA | NA | 0.00 | 0.00 |
| Accu Chek | Unsecured | 55.65 | NA | NA | 0.00 | 0.00 |
| ADP Benefit Service | Unsecured | 1,015.56 | NA | NA | 0.00 | 0.00 |
| Affirmative Insurance Co | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFS | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| Alan A Becler DDS | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Alliance One | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Alliance One | Unsecured | 1,139.36 | NA | NA | 0.00 | 0.00 |
| Alliance One | Unsecured | 663.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 1,297.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 371.79 | NA | NA | 0.00 | 0.00 |
| Ameriloan | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| AmeriMark Bank | Unsecured | 58.80 | NA | NA | 0.00 | 0.00 |
| Ameritech | Unsecured | 2,681.00 | NA | NA | 0.00 | 0.00 |
| Applied Card Bank | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| Applied Card Bank | Unsecured | 1,235.99 | NA | NA | 0.00 | 0.00 |
| Argent Healthcare Fin | Unsecured | 827.63 | NA | NA | 0.00 | 0.00 |
| Argent Healthcare Fin | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 207.40 | NA | NA | 0.00 | 0.00 |
| Aspen | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bally Total Fitness | Unsecured | 5,313.12 | NA | NA | 0.00 | 0.00 |
| Blue Cross Blue Shield | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| BMG Music Service | Unsecured | 8.88 | NA | NA | 0.00 | 0.00 |
| Capital Crossing | Unsecured | 192.50 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 674.49 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 843.20 | NA | NA | 0.00 | 0.00 |
| Carson Pirie Scott & Co | Unsecured | 73.04 | NA | NA | 0.00 | 0.00 |
| CCV Pagemart | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Certegy Payment Recovery Services Inc | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CFG Credit LP | Unsecured | 468.28 | NA | NA | 0.00 | 0.00 |
| Chiles And Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Bellwood | Unsecured | 6,675.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 4,394.92 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 227.28 | NA | NA | 0.00 | 0.00 |
| Collection Company Of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 394.53 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Computer Credit Service Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Connecticut General Life Insurance | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| Continental Finance | Unsecured | 308.83 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 2,468.00 | NA | NA | 0.00 | 0.00 |
| CorTrust Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Cottonwood Financial Ltd | Unsecured | 349.54 | NA | NA | 0.00 | 0.00 |
| CRA Security Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 913.00 | NA | NA | 0.00 | 0.00 |
| Credit Pac | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Creditors Protection Service | Unsecured | 104.67 | NA | NA | 0.00 | 0.00 |
| Cross Checks | Unsecured | 174.24 | NA | NA | 0.00 | 0.00 |
| Delta Dental | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| Deluxe Payment Center | Unsecured | 579.77 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dominick's Finer Foods | Unsecured | 303.97 | NA | NA | 0.00 | 0.00 |
| Dunsdemand | Unsecured | 74.15 | NA | NA | 0.00 | 0.00 |
| DuPage County States Attorney | Unsecured | 384.08 | NA | NA | 0.00 | 0.00 |
| DuPage Housing Authority | Unsecured | 708.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 1,347.00 | NA | NA | 0.00 | 0.00 |
| Enterprise Rent A Car | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| Enterprise Rent A Car | Unsecured | 755.19 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 607.91 | NA | NA | 0.00 | 0.00 |
| Equifax Check | Unsecured | 91.91 | NA | NA | 0.00 | 0.00 |
| Extra Funds | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Fed Check | Unsecured | 65.95 | NA | NA | 0.00 | 0.00 |
| Federal Center Employees Credit Union | Unsecured | 435.28 | NA | NA | 0.00 | 0.00 |
| FedLoan Servicing | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 1,008.38 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 907.61 | NA | NA | 0.00 | 0.00 |
| FinProc LLC / Upfront Money Co | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 3,397.79 | NA | NA | 0.00 | 0.00 |
| First Midwest Bank | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| First National Bank/Save Cre | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 290.99 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 320.10 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| First Savings Credit Card | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| Greater Suburban Acceptance Co | Unsecured | 14,922.53 | NA | NA | 0.00 | 0.00 |
| H & F Law | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Healthcare For Women | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Heller & Frisone Ltd | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 3,947.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Public Aid | Unsecured | 10,412.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 1,136.42 | NA | NA | 0.00 | 0.00 |
| Illinois State Tollway | Unsecured | 104.50 | NA | NA | 0.00 | 0.00 |
| Insure One | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| J V D B & Associates | Secured | 2,973.00 | 2,973.00 | 2,973.00 | 0.00 | 0.00 |
| Loan Shop | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Macy's | Unsecured | 123.95 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| MCYDSNB | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Merchandise Credit Guide | Unsecured | 53.50 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 1,982.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 627.00 | NA | NA | 0.00 | 0.00 |
| Palmer Reifler & Associated | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Payday One | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| RRCA Account Management | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 2,468.63 | NA | NA | 0.00 | 0.00 |
| Torres Credit | Unsecured | 1,259.00 | NA | NA | 0.00 | 0.00 |
| Walgreens | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,973.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,973.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/27/2013                                By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**